ORRY P. KORB, County Counsel (S.B. #114399)
JOHN L. WINCHESTER, III, Deputy County Counsel (S.B. #142175)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California  95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA
And Its Santa Clara County
Department Of Correction

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER NGO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE COUNTY OF SANTA CLARA, et al, <br><br> Defendants. | No. CV13-02647 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5;

    The parties agree to participate in a private mediation by January 20, 2014.

///
///
///
///
///
///
///
///
///

1

I hereby attest that I have on file the holograph signature for any signature indicated by a "conformed" signature (/S/) within this efiled document

          Respectfully Submitted,

          ORRY P. KORB
          COUNTY COUNSEL

Dated: September 4, 2013   By: _____/S/_____
          JOHN L. WINCHESTER, III
          Deputy County Counsel

          Attorneys for Defendant
          COUNTY OF SANTA CLARA
          And Its Santa Clara County
          Department Of Correction

Dated: September 4, 2013   LAW OFFICES OF GATES
          EISENHART DAWSON

         By: _____/S/_____
          NICHOLAS G. EMANUEL, ESQ.

          Attorney for Plaintiffs
          JENNIFER NGO; CHARLES NGUYEN;
          MARGARET NGO; and ROBERT LE

## [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is referred to private mediation to be completed by January 20, 2014.

IT IS SO ORDERED

Date: September 23, 2013     */s/ Jeffrey S. White*
          Judge Jeffrey S. White
          United States District Judge