1  ORRY P. KORB, County Counsel (S.B. #114399)
   JOHN L. WINCHESTER, III, Deputy County Counsel (S.B. #142175)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendant
   COUNTY OF SANTA CLARA
6  And Its Santa Clara County
   Department Of Correction

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | JENNIFER NGO, et al.,            | No. CV13-02647 JSW
12 |         Plaintiffs,               | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**
13 | v.                                |
14 | THE COUNTY OF SANTA CLARA, et al, |
15 |         Defendants.               |

16

17     Counsel report that they have met and conferred regarding ADR and have reached the

18 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5;

19     The parties agree to participate in a private mediation by January 20, 2014.

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

                                        1

1 | I hereby attest that I have on file the holograph signature for any signature indicated by a
2 | "conformed" signature (/S/) within this efiled document

                                  Respectfully Submitted,

                                  ORRY P. KORB
                                  COUNTY COUNSEL

Dated: September 4, 2013     By:        /S/
                                  JOHN L. WINCHESTER, III
                                  Deputy County Counsel

                                  Attorneys for Defendant
                                  COUNTY OF SANTA CLARA
                                  And Its Santa Clara County
                                  Department Of Correction

Dated: September 4, 2013     LAW OFFICES OF GATES
                                  EISENHART DAWSON

                              By:        /S/
                                  NICHOLAS G. EMANUEL, ESQ.

                                  Attorney for Plaintiffs
                                  JENNIFER NGO; CHARLES NGUYEN;
                                  MARGARET NGO; and ROBERT LE

## [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is referred to private mediation to be completed by January 20, 2014.

IT IS SO ORDERED

Date: September 23, 2013                    */s/ Jeffrey S. White*
                                                        Judge Jeffrey S. White
                                                        United States District Judge